# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Carmen Leon

        Plaintiff(s),

v.

Wal-Mart Stores, Inc.

        Defendant(s).

CASE NO. C09-05358-JF

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE) (ADR L.R. 5)
✓   Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
    Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
✓   the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    other requested deadline _____

Dated: 02/19/2010

                                          Attorney for Plaintiff

Dated: 02/19/2010

                                          Attorney for Defendant

When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

[PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- ___ Non-binding Arbitration
- ___ Early Neutral Evaluation (ENE)
- ✓ Mediation
- ___ Private ADR

Deadline for ADR session
- X 90 days from the date of this order.
- ___ other

IT IS SO ORDERED.

Dated: 2/22/10

UNITED STATES ~~MAGISTRATE~~ JUDGE
DISTRICT

# PROOF OF SERVICE

## Leon Carmen v. Wal-Mart Stores, Inc.

I am a citizen of the United States and a resident of the County of San Francisco, State of California. I am over the age of 18 years and not a party to the within action; my business address is Three Embarcadero Center, Suite 550, San Francisco, CA 94111.

__X__   On the date indicated below, I served the document(s) designated below on all parties listed in said cause by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the outgoing mail box located in my office in accordance with ordinary business practices for deposit with the United States Postal Service in San Francisco, California. I am readily familiar with my office business practice for collection and processing of correspondence for mailing and the within correspondence will be deposited with the United States Postal Service this date in the ordinary course of business.

_____   On the date indicated below, I served the document(s) designated below by transmitting a true copy thereof from facsimile number (415) 278-9411 to the facsimile number(s) listed below, pursuant to California Rule of Court 2008. I hereby certify that there was no error in transmission, that the transmission was reported and complete, and that a transmission report was properly issued by sender's facsimile machine.

_____   On the date indicated below, I personally served the document(s) designated below by delivering a true copy thereof to the person(s) and at the address(es) listed below.

## DOCUMENT(S) SERVED:

**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**

Frank E. Mayo
Law Offices of Frank E. Mayo
5050 El Camino Real, Suite 228
Los Altos, CA 94022

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **February 19, 2010,** at San Francisco, California.

_____
Anthony Castanos