FRANK E. MAYO (BAR NO. 42972)
LAW OFFICE OF FRANK E. MAYO
5050 El Camino Real, Ste. 228
Los Altos, CA 94022
Telephone (650) 964-8901

Attorney for Plaintiff Carmen Leon

GREGORY L. SPALLAS, ESQ.
PHILLIPS, SPALLAS & ANGSTADT LLP
Three Embarcadero Center, Ste. 550
San Francisco, CA 94111
415/278-9400

Attorneys for Defendant Wal-Mart Stores, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN LEON,<br><br>     Plaintiff,<br><br>vs<br><br>WAL-MART STORES, INC.,<br><br>     Defendant. | Case No. 5:09 CV-05358-JF<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(A)(1)** |

IT IS HEREBY STIPULATED by the parties to this action, through their designated counsel, that the above-captioned action be dismissed in its entirety with prejudice pursuant to FRCP 41 (a)(1), each party to bear its own fees and costs.

STIPULATION FOR DISMISSAL WITH PREJUDICE   1
PURSUANT TO FRCP 41(A)(1)

| | | |
|---|---|---|
| 1 | Dated: June 10, 2010 | FRANK E. MAYO |
| 2 | | ATTORNEY AT LAW |
| 3 | | |
| 4 | | /S/ Frank E. Mayo |
| | | Frank E. Mayo, Attorney for Plaintiff |
| 5 | | CARMEN LEON |
| 6 | | |
| 7 | Dated: June 10, 2010 | GREGORY L. SPALLAS |
| | | PHILLIPS, SPALLAS & ANGSTADT LLP |
| 8 | | Three Embarcadero Center, Ste. 550 |
| | | San Francisco, CA 94111 |
| 9 | | |
| 10 | | By: /S/ Gregory L. Spallas |
| | | Attorneys for Defendant |
| 11 | | WAL-MART STORES, INC. |
| 12 | | |
| 13 | IT IS SO ORDERED | |
| 14 | Dated: 6/10/10 | |
| 15 | | HON. JEREMY FOGEL, Judge of |
| 16 | | United States District Court |

STIPULATION FOR DISMISSAL WITH PREJUDICE    2
PURSUANT TO FRCP 41(A)(1)